IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL MCGEHEAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AF&L INSURANCE COMPANY AND | : | NO. 09-1792 |
| CIVC PARTNERS | : | |

ORDER

AND NOW, this      30th      day of June 2009, upon consideration of defendant AF&L's motion to dismiss portions of plaintiff Carol McGehean's complaint and plaintiff's response thereto, it is hereby ORDERED that defendant's motion is GRANTED. Plaintiff's claim under ADEA for compensatory damages for pain, suffering, inconvenience, mental anguish, humiliation and non-pecuniary losses and her claim under ADEA and PHRA for punitive damages are DISMISSED.

　　　　　　　　　　　　　　　　　　　　　　/s   Thomas N. O'Neill
　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR.     J.