IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL MCGEHEAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AF&L INSURANCE COMPANY AND CIVC PARTNERS | : : | NO. 09-CV-01792-TON |

<u>ORDER</u>

AND NOW, this 2nd day of October 2009, upon consideration of defendant CIVC Partner's motion to dismiss, plaintiff's opposition thereto and defendant's reply it is hereby ORDERED that defendant's motion is GRANTED and the complaint is DISMISSED.  Within fifteen (15) business days from the date of this Order, plaintiff may amend her complaint. Plaintiff's motion for costs and fees is DENIED.

        /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.